# Income Statement (Profit and Loss)

## 219 Express LLC
## For the month ended June 30, 2024

| | JUN 2024 |
|---|---|
| **Income** | |
| Discount Received | 0.09 |
| Service | 27,468.39 |
| **Total Income** | **27,468.48** |
| **Gross Profit** | **27,468.48** |
| **Operating Expenses** | |
| Bank Service Charges | 18.00 |
| Compliance | 100.00 |
| Dues & Subscriptions | 502.75 |
| Fuel | 5,369.71 |
| Internet/TV | 143.47 |
| Maintenance | 4,328.02 |
| Meals & Entertainment | 2,747.08 |
| Medical Insurance | 31.42 |
| Other Expense | 152.00 |
| Parking | 216.00 |
| Permits | 116.50 |
| Phone Service | 684.51 |
| Rental Equipment | 3,566.34 |
| Ride Share Service | 107.85 |
| Shipping | 16.36 |
| Supplies | 1,293.43 |
| Tolls | 534.40 |
| Travel Expenses | 492.21 |
| Truck Wash | 128.19 |
| Utilities | 391.00 |
| **Total Operating Expenses** | **20,939.24** |
| **Operating Income** | **6,529.24** |
| **Other Income / (Expense)** | |
| Other Income | 0.20 |
| Vendor Refunds | 1.18 |
| **Total Other Income / (Expense)** | **1.38** |
| **Net Income** | **6,530.62** |

# Income Statement (Profit and Loss)

## 219 Express LLC
## For the month ended August 31, 2024

|  | AUG 2024 |
|---|---:|
| **Income** | |
| Service | 24,052.66 |
| **Total Income** | **24,052.66** |
| **Gross Profit** | **24,052.66** |
| **Operating Expenses** | |
| Bank Service Charges | 1,720.70 |
| Compliance | 77.93 |
| Dues & Subscriptions | 826.61 |
| Fuel | 6,197.23 |
| Internet/TV | 151.22 |
| Legal Fees/Attorney Fees | 250.00 |
| Maintenance | 1,037.88 |
| Meals & Entertainment | 2,177.08 |
| Medical Expenses | 641.00 |
| Medical Insurance | 198.71 |
| Other Expense | 197.94 |
| Parking | 216.00 |
| Permits | 285.94 |
| Phone Service | 258.87 |
| Rental Equipment | 1,816.45 |
| Ride Share Service | 77.08 |
| Supplies | 1,705.71 |
| Tolls | 647.72 |
| Truck Wash | 131.30 |
| Utilities | 575.27 |
| Vehicle Insurance | 1,822.41 |
| **Total Operating Expenses** | **21,013.05** |
| **Operating Income** | **3,039.61** |
| **Other Income / (Expense)** | |
| Other Income | 0.06 |
| Vendor Refunds | 2,486.19 |
| **Total Other Income / (Expense)** | **2,486.25** |
| **Net Income** | **5,525.86** |

# Income Statement (Profit and Loss)

## 219 Express LLC
## For the 2 months ended July 31, 2024

| | JUN-JUL 2024 |
|---|---:|
| **Income** | |
| Discount Received | 0.10 |
| Service | 51,277.41 |
| **Total Income** | **51,277.51** |
| **Gross Profit** | **51,277.51** |
| **Operating Expenses** | |
| Bank Service Charges | 371.40 |
| Compliance | 650.00 |
| Dues & Subscriptions | 959.15 |
| Fuel | 11,270.86 |
| Internet/TV | 458.73 |
| Maintenance | 5,327.87 |
| Meals & Entertainment | 5,510.31 |
| Medical Insurance | 143.84 |
| Other Expense | 527.00 |
| Parking | 432.00 |
| Permits | 358.11 |
| Phone Service | 702.25 |
| Rental Equipment | 5,366.34 |
| Ride Share Service | 137.28 |
| Shipping | 28.36 |
| Supplies | 2,260.98 |
| Tolls | 823.15 |
| Travel Expenses | 492.21 |
| Truck Wash | 302.31 |
| Utilities | 641.00 |
| Vehicle Insurance | 3,644.82 |
| **Total Operating Expenses** | **40,407.97** |
| **Operating Income** | **10,869.54** |
| **Other Income / (Expense)** | |
| Other Income | 0.28 |
| Vendor Refunds | 454.94 |
| **Total Other Income / (Expense)** | **455.22** |
| **Net Income** | **11,324.76** |

# Income Statement (Profit and Loss)

## 219 Express LLC
## For the month ended November 30, 2024

|  | NOV 2024 |
|---|---:|
| **Income** | |
| Service | 25,139.84 |
| **Total Income** | **25,139.84** |
| **Gross Profit** | **25,139.84** |
| **Operating Expenses** | |
| Bank Service Charges | 8.00 |
| Compliance | 291.85 |
| Dues & Subscriptions | 527.58 |
| Fuel | 3,071.53 |
| Internet/TV | 68.07 |
| Maintenance | 1,475.71 |
| Meals & Entertainment | 2,297.03 |
| Medical Expenses | 973.78 |
| Medical Insurance | 117.15 |
| Other Expense | 50.00 |
| Parking | 216.00 |
| Permits | 345.49 |
| Phone Service | 100.81 |
| Rental Equipment | 1,848.87 |
| Supplies | 1,044.81 |
| Tolls | 338.82 |
| Travel Expenses | 153.89 |
| Truck Wash | 133.95 |
| Vehicle Insurance | 4,332.11 |
| **Total Operating Expenses** | **17,395.45** |
| **Operating Income** | **7,744.39** |
| **Other Income / (Expense)** | |
| Other Income | 0.32 |
| **Total Other Income / (Expense)** | **0.32** |
| **Net Income** | **7,744.71** |

# Income Statement (Profit and Loss)

## 219 Express LLC
## For the month ended October 31, 2024

|  | OCT 2024 |
|---|---:|
| **Income** | |
| Service | 41,507.02 |
| **Total Income** | **41,507.02** |
| **Gross Profit** | **41,507.02** |
| **Operating Expenses** | |
| Bank Service Charges | 2,043.75 |
| Dues & Subscriptions | 513.92 |
| Fuel | 7,669.56 |
| Internet/TV | 162.32 |
| Legal Fees/Attorney Fees | 1,375.05 |
| Maintenance | 2,594.84 |
| Meals & Entertainment | 2,529.88 |
| Medical Expenses | 341.58 |
| Other Expense | 325.00 |
| Parking | 216.00 |
| Permits | 595.45 |
| Phone Service | 198.16 |
| Professional Fees | 2.50 |
| Rental Equipment | 1,800.00 |
| Ride Share Service | 15.81 |
| Shipping | 13.00 |
| Supplies | 671.72 |
| Tolls | 453.11 |
| Truck Wash | 154.40 |
| Utilities | 415.00 |
| Vehicle Insurance | 2,762.41 |
| **Total Operating Expenses** | **24,853.46** |
| **Operating Income** | **16,653.56** |
| **Other Income / (Expense)** | |
| Other Income | 0.29 |
| Vendor Refunds | 1,541.76 |
| **Total Other Income / (Expense)** | **1,542.05** |
| **Net Income** | **18,195.61** |

# Income Statement (Profit and Loss)

## 219 Express LLC
### For the 2 months ended September 30, 2024

| | AUG-SEP 2024 |
|---|---:|
| **Income** | |
| Service | 36,499.45 |
| **Total Income** | **36,499.45** |
| **Gross Profit** | **36,499.45** |
| **Operating Expenses** | |
| Bank Service Charges | 2,110.70 |
| Compliance | 77.93 |
| Dues & Subscriptions | 1,481.83 |
| Fuel | 8,098.21 |
| Internet/TV | 216.05 |
| Legal Fees/Attorney Fees | 250.00 |
| Maintenance | 1,070.25 |
| Meals & Entertainment | 3,295.09 |
| Medical Expenses | 716.00 |
| Medical Insurance | 398.38 |
| Other Expense | 327.94 |
| Parking | 432.00 |
| Permits | 409.62 |
| Phone Service | 267.74 |
| Rental Equipment | 1,816.45 |
| Ride Share Service | 195.04 |
| Supplies | 2,693.23 |
| Tolls | 684.80 |
| Truck Wash | 131.30 |
| Utilities | 703.89 |
| Vehicle Insurance | 3,644.82 |
| **Total Operating Expenses** | **29,021.27** |
| **Operating Income** | **7,478.18** |
| **Other Income / (Expense)** | |
| Other Income | 0.09 |
| Vendor Refunds | 2,486.19 |
| **Total Other Income / (Expense)** | **2,486.28** |
| **Net Income** | **9,964.46** |